**Dismissed and Opinion Filed October 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00542-CV

**LORNE WASHINGTON, Appellant**
**V.**
**STATE OF TEXAS, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-06959**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Myers
Opinion by Justice Francis

The filing fee and docketing statement are past due. By postcard dated April 27, 2015, we notified appellant the $195 filing fee and docketing statement were due, we directed appellant to remit the fee and file the statement within ten days and expressly cautioned appellant that failure to do so would result in dismissal of this appeal. To date, appellant has done neither and has not responded to notifications regarding the reporter's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

150542F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LORNE WASHINGTON, Appellant

No. 05-15-00542-CV          V.

STATE OF TEXAS, Appellee

On Appeal from the 330th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-15-06959.
Opinion delivered by Justice Francis.
Justices Bridges and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee STATE OF TEXAS recover its costs of this appeal from appellant LORNE WASHINGTON.

Judgment entered October 14, 2015.